

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 MAR 21  PM 2: 54

OFFICE OF THE CLERK

IN RE: Search Warrant for:

1-80 SELF STORAGE UNIT #A93
AND UNIT #A59, 1930 FLETCHER
AVENUE, LINCOLN, NEBRASKA

8:17MJ34

MOTION FOR EXTENSION TO
DELAY NOTIFICATION

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests the Court for an Order granting a 30-day extension to delay notification, pursuant to 18 U.S.C. § 3103(a), for good cause shown.

The undersigned has been informed by Special Agent Zach Wimer, HSI, that the investigation in this case is ongoing. The case is still being actively investigated, and notification would alert the targets about the pending investigation.

WHEREFORE, the United States prays the Court for an Order granting an extension of delay notification for good cause shown.

It is further requested that this Motion and resulting Order be sealed until further order of the Court.

Signed this _____ day of March, 2017.

ROBERT C. STUART
Acting United States Attorney

s/Thomas J. Kangior
By:  THOMAS J. KANGIOR, #21496
Assistant United States Attorney
U.S. Attorney's Office
1620 Dodge Street, Suite 1400
Omaha, NE  68102
402-661-3700

1 Certified Copy USA

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2017, I electronically filed the foregoing with the Clerk of the Court. I further certify that a true and correct copy of the foregoing was served on the parties of record via e-mail.

s/Thomas J. Kangior
THOMAS J. KANGIOR
Assistant United States Attorney
