IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2017 MAR 21  PM 2: 54

OFFICE OF THE CLERK

IN RE: Search Warrant for:

1-80 SELF STORAGE UNIT #A93
AND UNIT #A59, 1930 FLETCHER
AVENUE, LINCOLN, NEBRASKA

8:17MJ34

ORDER

Upon consideration of the Motion of the United States for an Order for extension pursuant to 18 U.S.C. § 3103(a), for good cause shown:

IT IS ORDERED that the delay notification of the search warrant and service return and inventory is extended for 30 days; and

IT IS FURTHER ORDERED that this Order be sealed until further order of the Court.

Dated this __21__ day of March, 2017.

_Susan M Bazis_
SUSAN M. BAZIS
United States Magistrate Judge

-1-

1 Certified Copy USA