IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

In the Matter of the Search of:

LG Cellular Telephone, Model LS6770, SN: 601CYSF1333398 et al, and others

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 JUN 14 PM 3: 21
OFFICE OF THE CLERK

8:17MJ038 and others

OMNIBUS NOTICE TO UNSEAL

COMES NOW the United States of America, by and through the United States Attorney for the District of Nebraska and the undersigned Assistant United States Attorney, and hereby advises the Court that certain filings may be unsealed. The United States further shows as follows.

1. As a result of the filings listed on Attachment A, the United States obtained Warrants and Orders under seal to obtain evidence in furtherance of various investigations.

2. The relevant investigations have been completed. It is no longer necessary to keep the filings under seal. The United States hereby informs the Court that each filing listed on Attachment A may be unsealed.

3. This Omnibus Notice, including Attachment A, may be filed in each matter listed on Attachment A.

UNITED STATES OF AMERICA,

JOSEPH P. KELLY
United States Attorney
District of Nebraska

By:  s/ John E. Higgins
JOHN E. HIGGINS, #19546
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE  68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: john.higgins@usdoj.gov

## ATTACHMENT A– CASES TO UNSEAL

| | |
|---|---|
| 8:17mj038-1 | USA v. LG Cellular Telephone, Model LS6770, SN: 601CYSF1333398 et al |
| 8:17mj038-2 | USA v. LG Cellular Telephone, Model LS6770, SN: 601CYSF1333398 et al |
| 8:17mj038-3 | USA v. LG Cellular Telephone, Model LS6770, SN: 601CYSF1333398 et al |
| 8:17mj038-4 | USA v. LG Cellular Telephone, Model LS6770, SN: 601CYSF1333398 et al |
| 8:17mj038-5 | USA v. LG Cellular Telephone, Model LS6770, SN: 601CYSF1333398 et al |
| 8:17mj041 | USA v. Express Mail package, tracking number EL731632885US |
| 8:17mj106 | USA v. Pen Register |
| 8:17mj109 | USA v. Cellular Telephone (531) 210-0126 with international mobile subscriber identity 310120054728205 |
| 8:17mj110 | USA v. Black ZTE Phone, Model N9132, SN: 325857280152, Infinitive microSDHC memory card adapter |
| 8:17mj118 | USA v. http://www.facebook.com/dianita.zanchez |
| 8:17mj197 | USA v. Cellular Telephone |
| 8:17mj228 | USA v. Cellular Telephone (402) 871-4323 |
| 8:17mj229 | USA v. Pen Register |
| 8:17mj266 | USA v. Pen Register |
| 8:17mj267 | USA v. Kia Spectra VIN KNAFE122885582571 |
| 8:17mj269 | USA v. Cellular Telephone (509) 558-0022 |
| 8:17mj270 | USA v. Cellular Telephone (402) 671-3883 |
| 8:17mj271 | USA v. Grand Jury Investigation |
| 8:17mj273 | USA v. Telephone Assigned Call Number (714) 421-5793 |
| 8:17mj274 | USA v. Telephone Assigned Call Number (623) 297-1420 |
| 8:17mj275 | USA v. Pen Register |
| 8:17mj288 | USA v. 2924 South 18th Street, Omaha, Nebraska |
| 8:17mj294 | USA v. Maroon, Kia Spectra, VIN: KNAFE122885582571 |
| 8:17mj303 | USA v. Cellular Telephone (909) 685-3909 |
| 8:17mj304 | USA v. 2001 red Jeep Cherokee 4-door, License Plate: Gil Auto paper plates, VIN: unknown |
| 8:17mj347 | USA v. Telephone Assigned Call Number (623) 297-1420, with International Mobile Subscriber Identity 310120102525998 |

| | |
|---|---|
| 8:17mj351 | USA v. Cellular Site |
| 8:17mj361 | USA v. Cell Tower |
| 8:17mj362 | USA v. Internet Protocol |
| 8:17mj380 | USA v. Telephone Assigned Call Number (623) 297-1420 with International Mobile Subscriber Identity 310120102525998 |
| 8:17mj382 | USA v. Telephone assigned call number (480) 819-8493 |
| 8:17mj445 | USA v. Pen Register |
| 8:17mj092 | USA v. $14,400 in U.S. Currency |
| 8:17mj343 | USA v. 3911 N. 39th Street, Omaha, NE |
| 8:17mj373 | USA v. Express Mail package, EL 606491445 US, addressed to Aftron Henderson, 6520 N 33rd St., Omaha, NE 68112 |
| 8:17mj374 | USA v. Express Mail package, EL 494402749 US, addressed to Mundo Travel Inc., 4810 S 24th St, Omaha, NE 68107 |
| 8:17mj375 | USA v. 6520 N 33rd St., Omaha, Nebraska |
| 8:17mj376 | USA v. One White United States Postal Service Express Mail package, EL 494402749 US |
| 8:17mj388 | USA v. A white Samsung smartphone SM-J708P, a white Apple iphone model number A1633-RMB, and a gray Samsung smartphone SM-J327P |
| 8:17mj448 | USA v. Express Mail Package EL601992290US addressed to Jordan Green |
| 8:17mj452 | USA v. Express Mail package, EL844328692US, addressed to Alie Martinez, 932 South Oak Street, Grand Island, NE 68801 |
| 8:17mj453 | USA v. Express Mail package, EM041134069US, addressed to Mario Mendoza, 3482 South 13th Street, Omaha, NE 68108 |
| 8:17mj456 | USA v. Priority Mail package, tracking number 9505 5160 2426 7346 0881 26, addressed to Debbie Higgs, PO Box 384, Plainview, NE 68769 |
| 8:17mj023 | USA v. Pen Register |
| 8:17mj024 | USA v. Pen Register |
| 8:17mj040 | USA v. Pen Register |
| 8:17mj045 | USA v. Facebook user ID Shannon.rojas.3 |
| 8:17mj108 | USA v. Kyocera Wireless phone |
| 8:17mj028 | USA v. Cellular telephone (402) 805-1997 |
| 8:17mj215 | USA v. Montanez |
| 8:17mj239 | USA v. Cellular telephone (402) 750-5489 |
| 8:17mj268 | USA v. 2004 Chevrolet Cavalier, VIN of 1G1JF52F347173647 |
| 8:17mj302 | USA v. 2010 Grey Chevrolet Impala, VIN number 2G1WB5EK8A1184355 |
| 8:17mj342 | USA v. Brown 2002 Chevrolet Impala, Nebraska license plate UZP437 and VIN number 2G1WF55E129336137 |
| 8:17mj355 | USA v. Cellular telephone 402-880-6181 |
| 8:17mj357 | USA v. Pen Register |

| | |
|---|---|
| 8:17mj365 | USA v. Cellular telephone 531-329-5475 |
| 8:17mj381 | USA v. Telephone Assigned Call Number (602) 413-0655 |
| 8:17mj386 | USA v. Pen Register |
| 8:17mj443 | USA v. Cellular telephone (402) 904-1974 |
| 8:17mj449 | USA v. Pen Register |
| 8:17mj450 | USA v. Cellular Telephone Assigned Call Number (402) 210-8820 WITH ISMI 310120236888310 |
| 8:17mj451 | USA v. Cellular Telephone Assigned Call Number (531) 210-8820 |
| 8:17mj454 | USA v. Pen Register |
| 8:17mj220 | USA v. White Dodge Ram bearing Nebraska registration 8Commercial 10150 |
| 8:16mj422 | USA v. Pen Register |
| 8:17mj031 | USA v. Gold 2007 GMC Arcadia, VIN#1GKEV33747J129577 |
| 8:17mj032 | USA V. Pen Register |
| 8:17mj039 | USA v. Pen Register |
| 8:17mj052 | USA v. Cellular Device Assigned Call Number (402) 968-6236, IMSI 310120209631339 |
| 8:17mj053 | USA v. 1992 Red Chevrolet Lumina Sport Van |
| 8:17mj056 | USA v. Pen Register |
| 8:17mj093 | USA v. Pen Register |
| 8:17mj098 | USA v. Pen Register |
| 8:17mj119 | USA v. Pen Register |
| 8:17mj120 | USA v. Pen Register |
| 8:17mj190 | USA v. Cellular Device Assigned Call Number 402-616-3179 |
| 8:17mj191 | USA v. Pen Register |
| 8:17mj193 | USA v. Cellular Device Assigned Call Number 720-840-7428 |
| 8:17mj198 | USA v. Pen Register |
| 8:17mj199 | USA v. Pen Register |
| 8:17mj201 | USA v. Cellular Device Assigned Call Number 402-301-5028 |
| 8:17mj205 | USA v. 5415 North 48th Ave, Omaha, NE |
| 8:17mj210 | USA v. Use of a Cell-Site Simulator to locate the Cell Device Assigned Call Number 402-906-4443 |
| 8:17mj211 | USA v. Use of a Cell-Site Simulator to locate the Cell Device Assigned Call Number 402-215-4456 |
| 8:17mj212 | USA v. 402-769-5107 |
| 8:17mj213 | USA v. Cell-Cite Simulator to Locate the Cellular Device Assigned Call Number 720-840-7428 |
| 8:17mj214 | USA v. Use of a Cell-Site Simulator to locate the Cell Device Assigned Call Number 402-216-6258 |
| 8:17mj218 | USA v. Pen Register |
| 8:17mj284 | USA v. Cellular telephone 402-312-1545 |

| | |
|---|---|
| 8:17mj291 | USA v. Pen Register |
| 8:17mj292 | USA v. Pen Register |
| 8:17mj300 | USA v. Pen Register |
| 8:17mj350 | USA v. Pen Register |
| 8:17mj046 | USA v. Pen Register |
| 8:17mj221 | USA v. $95,000 held in account number 14434927215 at TCF National Bank |
| 8:17mj457 | USA v. All funds held in Well Fargo Bank account number 1094 799242, held in the Name of Lourdes J. Perez-Saucedo |
| 8:17mj034 | USA v. 1930 Fletcher Avenue, Lincoln, Nebraska |
| 8:17mj297 | USA v. Black Pontiac G6 bearing Nebraska In-Transits |
| 8:17mj363-1 | USA v. 951 South 68th Street, Omaha, Nebraska et al |
| 8:17mj363-2 | USA v. 951 South 68th Street, Omaha, Nebraska et al |
| 8:17mj363-3 | USA v. 951 South 68th Street, Omaha, Nebraska et al |
| 8:17mj363-4 | USA v. 951 South 68th Street, Omaha, Nebraska et al |
| 8:17mj341 | USA v. E. |
| 8:17mj377 | USA v. Littlebeaver |
| 8:17mj279 | USA v. 5511 South 101st Plaza, Apt. #1, Omaha, NE 68127 |
| 8:17mj115 | USA v. pelumoney@yahoo.com |
| 8:17mj116-1 | USA v. Apple iPhone7, serial number F71SL419HG7M et al |
| 8:17mj116-2 | USA v. Apple iPhone7, serial number F71SL419HG7M et al |
| 8:17mj116-3 | USA v. Apple iPhone7, serial number F71SL419HG7M et al |
| 8:17mj116-4 | USA v. Apple iPhone7, serial number F71SL419HG7M et al |
| 8:17mj200 | USA v. INFORMATION ASSOCIATED WITH FACEBOOK USER IDs 100016222230023 (Luis Sepeda), 10000131934004 (Emma Cournoyer), and 100000460876876 (Shauna Avery) |
| 8:17mj202 | USA v. Facebook User IDs 100010565507399 (S.L.), 100001235802057 (Derrick Thomas) |
| 8:17mj203 | USA v. 401 Conser Street, Winnebago, NE 68071 |
| 8:17mj207 | USA v. 13C D Avenue, Winnebago, NE 68071 |
| 8:17mj233 | USA v. jasonwilson595@gmail.com |
| 8:17mj030 | USA v. 1214 Applewood Drive, C107, Papillion, Sarpy County, Nebraska 68046 |
| 8:17mj043 | USA v. 6363 Grover Street, Trailer #25 Omaha, Douglas County, Nebraska |
| 8:17mj047-1 | USA v. 12655 Woodsdale Circle, Omaha, NE 68137 et al |
| 8:17mj047-2 | USA v. 12655 Woodsdale Circle, Omaha, NE 68137 et al |
| 8:17mj055 | USA v. 1517 Drexel Street, Omaha, Nebraska 68107 et al |
| 8:17mj099 | USA v. 10044 "S" Plaza, Apt. #1, Omaha, Nebraska |
| 8:17mj282 | USA v. Information Associated with Account Number 613444713 That Is Stored At Premises Controlled By Dropbox, Inc. |

| | |
|---|---|
| 8:17mj299 | USA v. The Cellular Telephone Assigned Call Number (402) 306-0902 |
| 8:17mj447 | USA v. 10915 Spaulding Plz, Omaha, Nebraska |
| 8:17mj459 | USA v. 4425 Redick Ave, Omaha, Nebraska |
| 8:17mj366 | USA v. 825 N 43rd Street, Omaha, Nebraska 68131 |
| 8:17mj368 | USA v. All Funds held in the Bank of the West Account Numbers 048695993 and 047380712, both accounts held in the name of Thomas Beatty, Jr. |
| 8:17mj298 | USA v. Clothing belonging to Edward Sherrod, in the care, custody and control of the Douglas County Correctional Center |